FILED

2022 NOV 10 PM 5: 06

CLERK US DISTRICT COURT
DISTRICT OF ARIZONA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| United States of America, | **CR22-02454 TUC-RCC(MSA)** |
|---|---|
| Plaintiff, | |
| vs. | ORDER TO SEAL INDICTMENT |
| Alberto Gabriel Aranda-Ramon, et al., | |
| Defendants. | (UNDER SEAL) |

IT IS HEREBY ORDERED that the Indictment, the Motion to Seal and this Order to Seal herein be sealed and shall remain sealed until further order of this Court.

DATED this 10ᵗʰ day of November, 2022.

United States Magistrate Judge

CC: AUSA

- 2 -